IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| RALPH HARRISON BENNING | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 5:08-CV-435 (MTT) |
|  | ) |  |
| STATE OF GEORGIA, *et al.,* | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

## ORDER

This case was referred to Magistrate Judge Claude W. Hicks, Jr. by Order (Doc. 3) of this Court dated December 11, 2008. That Order is hereby rescinded. The Clerk's office is hereby notified that, from this point forward, no motions, filings or proceedings in this case will be referred to Judge Hicks.

**SO ORDERED**, this 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT