IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RALPH HARRISON BENNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:08-CV-435(MTT) |
| | ) | |
| STATE OF GEORGIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Withdraw Motion (Doc. 45). On December 16, 2010, the Plaintiff filed a Motion to Place Exhibits Under Seal (Doc. 44), seeking either (1) that certain documents requested by the Plaintiff in a Request for Production of Documents be declassified or (2) that said documents be placed under seal. According to the Plaintiff, he was provided with a proper and legal "Declassification Order" that extended to the documents sought in his Request for Production of Documents. Thus, the Plaintiff's Motion to Place Exhibits Under Seal is now moot. Accordingly, the Plaintiff's Motion to Withdraw Motion is **GRANTED**, and the Motion to Place Exhibits Under Seal is **DENIED** as **moot**.

**SO ORDERED,** this 5th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT