**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RALPH HARRISON BENNING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.  5:08-CV-435(MTT)** |
| | ) | |
| **STATE OF GEORGIA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Stay, For Instructions, and For Protection.  (Docs. 54, 59, and 64).  The Plaintiff seeks a stay of all proceedings until his legal/religious books are returned and an order from the Court directing the Defendants to return the books, to refrain from any further harassment of the Plaintiff, not to transfer the Plaintiff to another prison, and not to remove the Plaintiff from his kosher vegan diet.

The matter regarding the alleged confiscation of the Plaintiff's legal/religious books has, with the Court's assistance, been resolved, and the Plaintiff was allowed to retain all of his personal, legal, and religious materials.  (Doc. 61).  To the extent the Plaintiff's motion seeks further relief from this Court, the motion is **denied**.  The Plaintiff is advised to pursue those claims through the proper administrative channels.

**SO ORDERED,** this 17th day of June, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT