# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RALPH HARRISON BENNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:08-CV-435(MTT) |
| ) | |
| STATE OF GEORGIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter is before the Court on the Defendants' Motion for Clarification (Doc. 77) of the Court's August, 5, 2011, Order (Doc. 76). In that Order, the Court granted the Plaintiff's Motion for Extension of Time to file a response to the Defendants' Motion for Summary Judgment. Because the Defendants, in their response to the Plaintiff's Motion for Extension, indicated that they were "ready to proceed with their response" to the *Plaintiff's* Motion for Summary Judgment, the Court expressly noted in its August 5 Order that it was leaving the briefing schedule for the Plaintiff's Motion for Summary Judgment intact. Now, however, the Defendants have informed the Court that they presumed the Defendants would be afforded the same briefing schedule, and they request that they have until September 12, 2011, to file a response to the Plaintiff's Motion for Summary Judgment. The Defendants' request is **granted**. The Defendants shall have until September 12, 2011, to respond to the Plaintiff's Motion for Summary Judgment. The Plaintiff will then have until September 26, 2011, to file a reply.

**SO ORDERED,** this 11th day of August, 2011.

                                                      S/ Marc T. Treadwell
                                                      MARC T. TREADWELL, JUDGE
                                                      UNITED STATES DISTRICT COURT